29464. MORGAN *v.* HUTCHESON.

FELTON, J. The Supreme Court having reversed the judgment of this court on certiorari (195 *Ga.* 123, 23 S. E. 2d, 406), in accordance with the judgment and opinion of the Supreme Court the judgment of this court affirming the judgment of the trial court is vacated, and the judgment overruling the motion for new trial is

*Reversed. Stephens, P. J., and Sutton, J., concur.*

DECIDED JANUARY 27, 1943.

*S. W. Fariss, Gleason & Collins,* for plaintiff.
*Julius Rink, Rosser & Rosser, Shaw & Shaw,* for defendant.